IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | C O M P L A I N T |
| WHITE WAY CLEANERS, | ) ) ) | |
| Defendant. | ) | |

NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 to correct unlawful employment practices on the basis of sex (pregnancy), and to provide appropriate relief to Michelle Johnson, who was adversely affected by such practices. White Way Cleaners maintained an unlawful policy of barring pregnant women from holding positions in its plant. White Way Cleaners discriminated against Johnson by transferring her, denying her a raise, and ultimately terminating her because of pregnancy.

JURISDICTION AND VENUE

1.      Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345.  This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3) ("Title VII"), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2.      The employment practices alleged to be unlawful were committed within the jurisdiction of the District of Minnesota.

1

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4. At all relevant times, Defendant, White Way Cleaners (the "Employer"), has continuously been doing business in the State of Minnesota and the City of Saint Paul, and has continuously had at least 15 employees.

5. At all relevant times, Defendant Employer has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Michelle Johnson filed a charge with the Commission alleging violations of Title VII by Defendant Employer. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. Since at least 2006, Defendant Employer has engaged in unlawful employment practices in violation of Section 701(k) and 703(a) of Title VII, 42 U.S.C. § 2000e(k) and § 2000e-2.

8. Since at least 2006, Defendant Employer has maintained a policy barring pregnant women from working in its plant.

9. In 2006, Defendant transferred Michelle Johnson from her plant position because she was pregnant.

10. In approximately January 2007, Defendant denied Michelle Johnson a raise because she had been transferred from the plant position due to pregnancy.

11. On September 28, 2007, Defendant Employer discharged Michelle Johnson because she was pregnant.

12. The effect of the practices complained of in paragraph(s) 8, 9, 10 and 11 above has been to deprive Michelle Johnson of equal employment opportunities and otherwise adversely affect her status as an employee because of her sex (pregnancy).

13. The unlawful employment practices complained of in paragraphs 8, 9, 10 and 11 were intentional.

14. The unlawful employment practices complained of in paragraphs 8, 9, 10 and 11 above were done with malice or with reckless indifference to the federally protected rights of Michelle Johnson.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant White Way Cleaners, its officers, agents, servants, employees, attorneys, and all persons in active concert or participation with them, from engaging in discrimination based upon sex (pregnancy).

B. Order Defendant White Way Cleaners to institute and carry out policies, practices, and programs which provide equal employment opportunities for pregnant women, and which eradicate the effects of its past and present unlawful employment practices.

C. Order Defendant White Way Cleaners to make whole Michelle Johnson, by providing appropriate backpay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including but not limited to rightful place reinstatement.

D. Order Defendant White Way Cleaner to make whole Michelle Johnson, by providing compensation for past and future pecuniary losses resulting from the unlawful

employment practices described in paragraphs 8, 9, 10 and 11 above, including amounts to be determined at trial.

  E. Order Defendant White Way Cleaners to make whole Michelle Johnson by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraphs 8, 9, 10 and 11 above, including emotional pain, suffering, inconvenience, loss of enjoyment of life, and humiliation, in amounts to be determined at trial.

  F. Order Defendant White Way Cleaners to pay Michelle Johnson punitive damages for its malicious and reckless conduct described in paragraphs 8, 9, 10 and 11 above, in amounts to be determined at trial.

  G. Grant such further relief as the Court deems necessary and proper in the public interest.

  H. Award the Commission its costs of this action.

          EQUAL EMPLOYMENT OPPORTUNITY
          COMMISSION

          James Lee
          Deputy General Counsel

          Gwendolyn Young Reams
          Associate General Counsel

          1801 L Street N.W.
          Washington, DC  20507


            s/John C. Hendrickson  / jpk
          John C. Hendrickson
          Regional Attorney


            s/Jean P. Kamp
          Jean P. Kamp
          Associate Regional Attorney

                                            Chicago District Office  
                                            500 West Madison Street, Suite 2000  
                                            Chicago, IL  60661  
                                            (312) 353-8551

8-5-09                                            s/Laurie A. Vasichek  
                                            Laurie A. Vasichek (#0171438)  
                                            Senior Trial Attorney

                                            Minneapolis Area Office  
                                            330 Second Avenue South, Suite 720  
                                            Minneapolis, MN  55401  
                                            (612) 335-4061  
                                            Facsimile:  (612) 335-4044